NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM H. GREENE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7166

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3013, Judge Mary J. Schoelen.

---

## ON MOTION

---

## ORDER

Eric K. Shinseki, Secretary of Veterans Affairs, moves for a 14-day extension of time, until February 13, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JAN 3 1 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Igor V. Timofeyev, Esq.
Meredyth Cohen Havasy, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 3 1 2012

JAN HORBALY
CLERK